Decided September 12, 2005

## MIDDLESEX MUTUAL ASSURANCE COMPANY *v.* BRIAN VASZIL ET AL.

The petition by the defendants Brian Vaszil and Robert Vaszil for certification for appeal from the Appellate Court, 89 Conn. App. 482 (AC 25437), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff was entitled to subrogation for the fire loss under the circumstances of this case?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17493.

*Charles E. Hickey,* in support of the petition.

Decided September 12, 2005

## STATE OF CONNECTICUT *v.* GARY COOKE

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 530 (AC 25452), is denied.

*Alice Osedach,* assistant public defender, in support of the petition.

*Joseph T. Corradino,* senior assistant state's attorney, in opposition.